PATRICK T. CONNOR, Esq., Bar No. 89136
Email pconnor@deconsel.com
GARRISON H. DAVIDSON, Esq., Bar No. 157426
Email Address: gdavidson@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone  213-488-4100
Facsimile  213-488-4180

JS-6

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>       Plaintiffs,<br><br>vs.<br><br>B.S. HAND & SONS, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, and DOES 1 through 10, inclusive,<br><br>       Defendants.<br>_____ | CASE NO. CV11-05113 AHM (SSx)<br><br>JUDGMENT PURSUANT TO STIPULATION<br><br>Before The Honorable<br>       A. Howard Matz |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation, and BOARD OF

1

1  TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS (Plaintiffs
2  collectively "CARPENTERS TRUSTS") and Defendant BS HAND & SONS,
3  INC., a California corporation, and good cause appearing therefor:
4      IT IS HEREBY ORDERED that Judgment is entered in favor of
5  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a
6  California non-profit corporation, and BOARD OF TRUSTEES FOR THE
7  CARPENTERS SOUTHWEST TRUSTS and against BS HAND & SONS, INC., a
8  California corporation, for the principal sum of $491,836.74.
9      This money judgment includes all delinquencies known to Plaintiffs owed
10 by Defendant to Plaintiffs for the period of February 1, 2008 through December
11 31, 2011. This money judgment does not waive or release any rights of the
12 Plaintiffs to recover additional amounts that may be owed by Defendant as may be
13 revealed by audit of otherwise, and shall not bar or act as res judicata as to further
14 delinquencies that may be discovered by the Plaintiffs.

16 Dated: September 18, 2012

20 **JS-6**                                    Hon. A. Howard Matz
21                                             Judge of the United States District Court